UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25cv04783 CAS (SKx)                                      Date: September 19, 2025

Title   *CONNIE KIM v. CUSHMAN AND WAKEFIELD U.S., INC.; ET AL.*

Present: The Honorable:   **CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) – ORDER TO SHOW CAUSE**

On July 3, 2025, the Court issued an Order to Show Cause as to defendant Ashley Roedemeier [15]. Plaintiff filed a Response – Declaration of Saleem K. Erakat re: Order to Show Cause as to Service on Ashley Roedemeier [19], wherein plaintiff indicated, "Plaintiff is awaiting the Court's ruling on the proposed motion to amend before making further attempts at serving Ashley Roedemeier." On August 18, 2025, the Court issued its ruling, denying plaintiff's motion for leave to amend. The Court now extends its order to show cause [15].

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **October 10, 2025**, why this action should not be dismissed for lack of prosecution **as to defendant ASHLEY ROEDEMEIER, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a proof of service of summons and complaint on **defendant ASHLEY ROEDEMEIER** on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |