UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**                    **JS-6**

Case No.   2:25cv04783 CAS (SKx)                              Date: May 11, 2026

Title      *CONNIE KIM v. CUSHMAN AND WAKEFIELD U.S., INC.; ET AL.*

Present: The Honorable:    CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

|  Catherine Jeang  |  Not Present  |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) – NOTICE OF SETTLEMENT OF ENTIRE ACTION
[74] (Filed May 9, 2026)**

THE COURT, having been notified by counsel that the above-entitled action
has been settled on or about May 9, 2026;

IT IS HEREBY ORDERED that this action is hereby removed from this
Court's active caseload until further application by the parties or order of this
Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for
dismissal or a joint report detailing settlement status in **45 days**, and every quarter
thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not
prejudice any party to this action.  All dates in this action are hereby **VACATED**.
The Motion for Summary Judgment, Or In The Alternative, Summary
Adjudication [50] and Motions In Limine [61] [62] [63] [64] [65] [66] [67] [68]
are hereby Moot.

IT IS SO ORDERED.

|  | 00:00 |
| --- | --- |
| **Initials of Preparer** | CMJ |