**CLOSED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE KIM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CUSHMAN & WAKEFIELD U.S., INC., a Missouri Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-04783-CAS-SKx<br>[Assigned to United States District Hon. Cristina A. Snyder<br>Referred to Judge Magistrate Judge Steve Kim]<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

The Court, having considered the Joint Stipulation for Dismissal filed by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. This action is hereby dismissed in its entirety With Prejudice.

2. All parties shall bear their own attorneys' fees and costs.

3. All previously set dates, hearing dates, and deadlines are hereby VACATED.

4 The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: July 1, 2026

_Christina A. Snyder_
_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

-1-
ORDER ON JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)